STATE OF LOUISIANA     *     NO. 2021-KA-0254

VERSUS     *     COURT OF APPEAL

NATHANIEL O. ROBINSON     *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

* * * * * * *

*JCL*     **LOBRANO, J., CONCURS IN IN THE RESULT**